UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**George Nieves,**

*Plaintiff,*

v.                                                  Case No.:   5:21-cv-29-JSM-PRL

**Equifax Information Services, LLC,**

*Defendant.*
_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant, Equifax Information Services, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss the matter with prejudice.

Respectfully submitted on February 25, 2021.

/s/ *Bridget L. Dow*
Bridget L. Dow, Esq.
Florida Bar No.: 1022866
BDow@SeraphLegal.com
1614 North 19th Street
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2021 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Bridget L. Dow*
Bridget L. Dow, Esq.
Florida Bar No.: 1022866
BDow@SeraphLegal.com